TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00505-CV

Nathan Braun, Appellant

v.

Eric Rodriguez and Alex Rodriguez, Appellees

FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT

NO. C98-0684A, HONORABLE JACK H. ROBISON JUDGE PRESIDING 

 Appellant Nathan Braun and appellees Eric and Alex Rodriguez have filed a joint
motion to dismiss the appeal from the underlying suit styled Rodriguez v. Braun. Additionally,
appellees filed a motion to mediate and second request for extension of time to file a brief.

 The joint motion to dismiss is granted. The appellees' motion to mediate and
second request for extension of time to file a brief is dismissed as moot. The appeal is dismissed.

 

 Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed on Joint Motion

Filed: November 30, 2000

Do Not Publish